**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER CORONADO RODRIGUEZ,<br>Defendant. | Case No. 25-CR-4552-JO<br>**JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS INDICTMENT** |

After considering the United States' motion to dismiss the Indictment (Dkt. 25), the Court hereby grants the United States' motion to dismiss the Indictment without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: August 24, 2026.

HONORBABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE